Gary M. TOWNSEND, Petitioner,

v.

CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, Respondent.

No. 04–3051.

United States Court of Appeals, Federal Circuit.

March 12, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

NCR CORPORATION, Plaintiff–Appellant,

v.

PALM, INC., Defendant–Appellee,

and

Handspring, Inc., Defendant–Appellee.

No. 04–1093.

United States Court of Appeals, Federal Circuit.

March 12, 2004.

ORDER

Order Vacated, See 2004 WL 627078.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.